USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

United States of America,

**ORDER**

**19-CR-828(ALC)**

-against-

Brandon Johnson et al

--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the status conference scheduled for

February 27, 2020 is rescheduled to **February 25, 2020** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
    February 12, 2020

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**