

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-25-20

February 24, 2020

Hon. Andrew L. Carter
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Brandon Johnson*
     *Case No.: 19 Cr. 828*

Dear Judge Carter,

    I was assigned, pursuant to the Criminal Justice Act, to represent Brandon Johnson in the above referenced matter. This case is calendared for a status conference on February 25, 2020, at which time I am scheduled to appear at a sentencing hearing out of the United States District Court for the District of New Jersey in Trenton. As a result, I respectfully request Your Honor allow my associate Michael Giordano to appear at the conference on my behalf.

    Thank you for your consideration of this matter. Should you have any questions, please do not hesitate to contact me.

The application is ✓ granted.
                denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: February 25, 2020
NY, New York

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724