USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-4-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Brandon Johnson et al

------------------------------------x

ORDER

19-CR-828(ALC)
Docket #

Andrew L. Carter, Jr., DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case

Tommy Hai Vu is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Meredith Heller, NUNC-PRO-TUNC _____.
Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

February 25, 2020
Dated: New York, New York