```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/25/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
    **UNITED STATES OF AMERICA**      :

              -against-              :        **19-CR-828 (ALC)**
                                      :        <u>**ORDER**</u>

    **BRANDON JOHNSON,**            :

                  **Defendants.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      A Telephone Bail Hearing is set for **June 26, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: June 25, 2020**
          **New York, New York**

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**