```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                  :
                                           :
                   **Plaintiff,**   :
                                           :   19-CR-828 (ALC)
   -against-                              :
                                           :   **ORDER**
BRANDON JOHNSON,                           :
                                           :
                  **Defendant.** :
                                           :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Bail Hearing is set for **July 2, 2020** at **2:00 p.m.**  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            June 26, 2020

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**