USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   19 Cr. 828 (ALC)

**ORDER**

-against-

Brandon Johnson et al ,

Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

The July 15, 2020 status conference is adjourned to **September 25, 2020** at **10:00 a.m.** The Speedy Trial Act automatically excludes this time from July 15, 2020 to September 25, 2020 in the interest of justice.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       July 9, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE