USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-28-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

UNITED STATES OF AMERICA,   19 Cr. 828 (ALC)

**ORDER**

-against-

BRANDON JOHNSON et al,

        Defendants.,
----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    The September 25, 2020 status conference is adjourned to **February 19, 2021** at **10:00 a.m.**

    Accordingly, it is ORDERED: the time from September 29, 2020 through February 19, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       September 24, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE