# MEMO ENDORSED



Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6/22/2021**

June 17, 2021

Hon. Andrew L. Carter
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* *United States v. Johnson, et. al.*
*Case No.: 19 Cr. 828 (ALC)*

Dear Judge Carter,

    I represent Brandon Johnson in the above referenced matter. The case, originally scheduled for June 17, was adjourned upon counsels application. On behalf of the defendants, we are requesting the above referenced matter be scheduled for trial in early December 2021, preferably on or around December 1, 2021 to avoid any interruptions with the holiday season. We further ask the court to set a schedule for *motions in limine* and other necessary applications. I submit this letter on behalf of all defense counsels, and with the consent of the Government.

    The parties also consent to the Government's application to exclude time until the trial date. under the Speedy Trial Act.

    Thank you for your consideration.

The application is **GRANTED.** Status conference set for 10/14/21 at 3:30 p.m. Jury Selection and Trial set for 12/6/21 at 9:30 a.m. Motions in limine due 11/15/21; responses due 11/18/21 and replies due 11/22/21. Proposed jury instructions and voir dire requests due 11/15/21. Time excluded from 6/17/21 to 12/6/21 in the interest of justice.
So Ordered.   *[signature]*   **6/17/21**

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FBDMLaw.com

Cc.: All parties of record (via ECF)

---

**225 Broadway, Suite 715**         **505 Eighth Avenue, Suite 300**         **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**         **New York, New York 10018**         **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**         **Tel (212) 967-0352**         **Tel (201) 569-1595**
**Fax (212) 566-8165**         **Fax (201) 596-2724**         **Fax (201) 596-2724**