UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       - against -                    19-CR-828 (ALC)

                                                     SCHEDULING ORDER

BRANDON JOHNSON et al,

        Defendants.
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      Since there are a limited number of courtrooms that are spacious enough to accommodate the physical distancing required to protect jurors, the parties, and the public against the COVID-19 pandemic, a committee in the SDNY manages the scheduling of jury trials. Although we requested December 6, the committee has given us December 14, 2021 as the start date for this trial.

      I will hold a final pretrial conference on December 9 at 2:00 p.m. in Courtroom 1306 of 40 Foley Square. Jury selection will take place in the Jury Assembly Room in 500 Pearl Street on December 14, 2021 at 9:30 a.m. Immediately following jury selection, the trial will launch in a yet-to-be determined courtroom.

      The previously entered schedule for the filing of motions in limine, jury instructions and voir dire requests remains in place. I exclude time under the Speedy Trial Act from December 6

to December 14 to allow defense counsel more time to prepare for trial.  In addition, I exclude this brief period of time to safeguard the health of the defendants, counsel for both sides, and the public.  I find that the ends of justice outweigh the interests of the defendants and the public in a Speedy Trial.  18 U.S.C. § 3161.

SO ORDERED.

Dated:      September 21, 2021
            New York, New York

       /s/ Andrew L. Carter, Jr.
**ANDREW L. CARTER, JR.**
United States District Judge