UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

**ORDER**

**19-CR-828 (ALC)**

-against-

Brandon Johnson et al,
-------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

The Status Conference set for October 14, 2021 is adjourned without a date.

**SO ORDERED.**

Dated: New York, New York
       October 7, 2021

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE