UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

BRANDON JOHNSON,

                Defendant.

------------------------------------------------------------------- x

19-CR-828 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A telephone status conference is set for **November 4, 2021** at **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
           October 29, 2021

                                  ANDREW L. CARTER, JR.
                                  United States District Judge