UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-

BRANDON JOHNSON,

                      Defendant.

------------------------------------------------------------------- x

19-CR-828 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

A telephone status conference is set for **November 12, 2021** at **12:45 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated:      New York, New York
              November 10, 2021

                                              ANDREW L. CARTER, JR.
                                              United States District Judge