```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :            19-cr-00828-ALC-1

-v-                                        :            ORDER

BRANDON JOHNSON,                           :

                Defendant.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-28-21

Andrew L. Carter, Jr., District Judge:

Upon the application of the defendant BRANDON JOHNSON, by and through his attorneys, Akin Gump Strauss Hauer & Feld LLP, the Court hereby orders the Hudson County Correctional Center (the "Correctional Center") in Kearny, New Jersey, to grant Mr. Johnson access to the Correctional Center's law library and computers for an additional five (5) hours per week beyond the one (1) hour currently provided, where Mr. Johnson can view case files and electronic discovery produced by the Government in this case.

Counsel for Mr. Johnson will provide this Order to the appropriate personnel at the Correctional Center.

Dated: December 28, 2021
New York, NY

SO ORDERED

_____
Andrew L. Carter, Jr. United States District Judge