```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

19 Cr. 828 (ALC)

**ORDER**

-against-

BRANDON JOHNSON,

-------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is scheduled for **February 15, 2022** at **3:00 p.m**.

SO ORDERED.

Dated: New York, New York
February 10, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE