USPC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2-15-22

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                    **ORDER**

                                                    **19-CR-828 (ALC)**

                   -against-

Brandon Johnson,
-------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

     The Final Pre-Trial Conference scheduled for February 24, 2022 is cancelled.

     **SO ORDERED.**

**Dated: New York, New York**
       **February 15, 2022**

                                 **ANDREW L. CARTER, JR.**
                                 **UNITED STATES DISTRICT JUDGE**