

# Akin Gump
STRAUSS HAUER & FELD LLP

**PARVIN DAPHNE MOYNE**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

April 26, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/27/22__

**VIA ELECTRONIC COURT FILING**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Brandon Johnson*, 19-CR-00828-ALC-1

Dear Judge Carter:

We respectfully write to request an adjournment of Mr. Johnson's sentencing hearing, which is presently scheduled for May 24, 2022. The government has consented to defense counsel's adjournment request. We require additional time to collect records, interview individuals, and obtain letters of support for Mr. Johnson. We therefore request a brief adjournment of Mr. Johnson's sentencing until mid-July 2022. This is Mr. Johnson's first adjournment request.

Thank you for your attention and consideration.

Very Truly Yours,

*/s/ Parvin D. Moyne*

Parvin D. Moyne
Katherine Goldstein
Dakota L. Kann

*Attorneys for Brandon Johnson*

The application is **GRANTED**. Sentencing adjourned to 7/14/22 at 12:00 p.m.
So Ordered.

*[signature]* 4/27/22

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com