**19-CR-828 ORDER**

    IT IS SO ORDERED that the mitigation specialist retained by Akin Gump Strauss Hauer & Feld LLP, defense counsel for Brandon Johnson in the above-captioned action, be permitted to submit her CJA payment vouchers and receive interim payments prior to the conclusion of her work in the above-captioned action.

Dated: June __14__, 2022

_____
THE HONORABLE ANDREW L. CARTER, USDJ