**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/21/22
```

LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

July, 19, 2022

Honorable Andrew L. Carter
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: United States v. Johnson, et al. (**Keith McClean**)
   Ind. No. 19 Cr. 828(ALC)

Dear Judge Carter:

    I write to request a new sentencing date for Mr. McClean. He currently scheduled to be sentenced on August 2, 2022. The reason for the request is that my mitigation expert is currently being treated for vertigo which she believes is related to her recent bout with Covid 19 so she needs a little more time to finish her report. Two weeks is what we are requesting. The Government consents.

    Should you grant this request I will notify all the parties Thank you for your consideration.

Respectfully,
_____/s/_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Mary Bracewell (by email)

The application is **GRANTED.** Sentencing adjourned to 8/16/22 at 3:30 p.m. So Ordered.

*/s/ Andrew L. Carter*
7/21/22